```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

GWENDOLYN BLAKELY AND
DELORIS TERRELL                                        PLAINTIFFS

VS.                                    CIVIL ACTION NO. 4:05CV103LR

FIRST MISSISSIPPI FEDERAL CREDIT UNION                  DEFENDANT

## JUDGMENT

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 4th day of August, 2005.

                                                /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE